1 | JILL P. TELFER, ( State Bar No. 145450)
　 | LAW OFFICES OF JILL P. TELFER
2 | A Professional Corporation
　 | 331 J Street, Suite 200
3 | Sacramento, California 95814
　 | Telephone:    (916) 446-1916
4 | Facsimile:     (916) 446-1726
　 | Email: jtelfer@telferlaw.com
5
　 | Attorneys for Plaintiff
6 | **LESLIE ROSTRON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LESLIE ROSTRON, | ) CASE NO.: 13-3077 LHK (PSG) |
| --- | --- |
| Plaintiff, | ) **REQUEST FOR DISMISSAL; ORDER** |
| vs. | ) Trial Date: None Set |
| COUNTY OF MONTEREY, STEVEN VAGNINI, and DOES 1 through 10, inclusive, | ) Complaint Filed: July 2, 2013 |
| Defendants. | ) |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and General Release between Plaintiff LESLIE ROSTRON and Defendants COUNTY OF MONTEREY and STEVEN VAGNINI, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action, with each party to bear their own fees and costs.

Dated: November 21, 2013

LAW OFFICES OF JILL P. TELFER
A Professional Corporation

*/s/ Jill P. Telfer, Esq.*
_____
JILL P. TELFER (SBN 145450)
331 J Street, Suite 200
Sacramento, CA  95814
Attorney for Plaintiff
**LESLIE ROSTRON**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 21, 2013 | **OFFICE OF COUNTY COUNSEL, MONTEREY COUNTY** |
| 3 | | */s/ Janet L. Holmes* |
| 4 | | _____ |
| 5 | | JANET L. HOLMES (SBN 107639)<br>148 W Alisal Street, Third Floor<br>Salinas, CA 93901 |
| 6 | | Attorney for Defendants<br>**COUNTY OF MONTEREY and** |
| 7 | | **STEVEN VAGNINI** |

(Lines 1–28 numbered down the left margin)

REQUEST FOR DISMISSAL; ORDER                                  2

# ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief of Plaintiff LESLIE ROSTRON in Case No. 13-3077 LHK (PSG) filed in the U.S. District Court for the Northern District of California are hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: __ 11/22/2013            _____

*Lucy H. Koh*
_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR DISMISSAL; ORDER                                3