JILL P. TELFER, (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
Email: jtelfer@telferlaw.com

Attorneys for Plaintiff
**LESLIE ROSTRON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSTRON, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF MONTEREY, STEVEN VAGNINI, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 13-3077 LHK (PSG) <br><br> **REQUEST FOR DISMISSAL; ORDER** <br><br> Trial Date: None Set <br><br> Complaint Filed: July 2, 2013 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and General Release between Plaintiff LESLIE ROSTRON and Defendants COUNTY OF MONTEREY and STEVEN VAGNINI, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action, with each party to bear their own fees and costs.

Dated: November 21, 2013

**LAW OFFICES OF JILL P. TELFER**
A Professional Corporation

*/s/ Jill P. Telfer, Esq.*
_____
JILL P. TELFER (SBN 145450)
331 J Street, Suite 200
Sacramento, CA 95814
Attorney for Plaintiff
**LESLIE ROSTRON**

REQUEST FOR DISMISSAL; ORDER     1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 21, 2013 | **OFFICE OF COUNTY COUNSEL, MONTEREY COUNTY** |
| 3 | | */s/ Janet L. Holmes* |
| 4 | | _____ |
| 5 | | JANET L. HOLMES (SBN 107639)<br>148 W Alisal Street, Third Floor<br>Salinas, CA 93901 |
| 6 | | Attorney for Defendants<br>**COUNTY OF MONTEREY and** |
| 7 | | **STEVEN VAGNINI** |

REQUEST FOR DISMISSAL; ORDER          2

## **ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief of Plaintiff LESLIE ROSTRON in Case No. 13-3077 LHK (PSG) filed in the U.S. District Court for the Northern District of California are hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: __11/22/2013_____			_____

*Lucy H. Koh*

UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA